UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

BRAND Q, INC.,

                            **Plaintiff,**                     22-CV-01992 (LAK)(SN)

       -against-                                          **ORDER**

PARAGON UNIFORM & APPAREL, INC., et al.,

                            **Defendants.**

-------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       Due to a scheduling conflict, the initial pretrial conference currently scheduled for May 12, 2022, at 3:30 p.m., is ADJOURNED to May 13, 2022, at 1:30 p.m. At that time the parties should dial into the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key. The parties are referred to the Court's April 29, 2022 order for further instructions.

**SO ORDERED.**

                                                        _____
                                                        SARAH NETBURN
                                                        United States Magistrate Judge

DATED:      May 12, 2022
                  New York, New York