UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

BRAND Q, INC.,

                        Plaintiff,

      -against-

PARAGON UNIFORM & APPAREL, INC., et al.,

                        Defendants.

-----------------------------------------------------------------X

22-CV-01992 (LAK)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/13/2022

**SARAH NETBURN, United States Magistrate Judge:**

      Due to a scheduling conflict, the initial pretrial conference currently scheduled for May 13, 2022, at 3:30 p.m., is ADJOURNED to May 25, 2022, at 10:30 a.m. At that time the parties should dial into the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key. The parties are referred to the Court's April 29, 2022 order for further instructions.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    May 13, 2022
              New York, New York