```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/1/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

BRAND Q, INC.,

                                  Plaintiff,                       22-CV-01992 (LAK)(SN)

             -against-                                        **ORDER**

PARAGON UNIFORM & APPAREL, INC., et al.,

                                Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       The Civil Case Management Plan at ECF No. 21 is amended as follows:

       **Discovery.** All discovery shall be completed by December 31, 2022.

       **Status Letter.** A joint letter informing the Court about the status of discovery shall be filed with the Court by October 3, 2022. The letter should address any outstanding discovery disputes.

**SO ORDERED.**

                                                           _____
                                                          SARAH NETBURN
                                                          United States Magistrate Judge

DATED:      September 1, 2022
                 New York, New York